IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA, )
)
)
v. )
) Criminal No.: 4:22-cr-580-JD-3
)
)
)
Meredith Bybee aka )
Moksha Bybee )

**CONSENT TO PROCEED WITH ENTRY OF PLEA**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

I have made the decision to enter a plea of guilty in this case. I understand that I have the right to have my plea proceedings conducted by a United States District Judge. However, I voluntarily agree to waive that right and to enter my plea before a United States Magistrate Judge. I have made this decision freely and without coercion from anyone. I have discussed this matter fully with my attorney (pro se defendants may disregard this last sentence).

_____
Defendant/Date

_____ 7-25-23
Attorney/Date

If applicable:

I have discussed this matter fully with the defendant and agree that he/she understands his/her right to proceed before United States District Judge. I agree that the defendant does not appear to have been coerced into making this decision.

_____ 7-25-23
Attorney for Defendant/Date