IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

VS

CR NO. 4:22-cr-00580-JD-3

Meredith Bybee
also known as
Moksha Bybee

# PLEA

The defendant, Meredith Bybee, having withdrawn her plea of Not Guilty entered July 14, 2022, pleads **GUILTY** to Count #4 of the **Indictment/** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
July 25, 2023