**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

United States of America,

Plaintiff,

v.

Jason Clay, *et al.*,

Defendants.

**Criminal Action No.: 4:22-cr-580-JD**

**DEFENDANT JASON CLAY'S MOTION FOR A CONTINUANCE**

The Defendant, Jason Clay ("Clay" or "Defendant"), by and through his undersigned attorney, hereby respectfully moves (the "Motion") this Honorable Court for a continuance of the pre-trial conference which is currently set for September 6, 2023, as well as jury selection/trial in this case which is currently set for September 18, 2023. *See* ECF # 206.

Defendant and his counsel need a continuance in order to continue to review and analyze the discovery materials, adequately investigate the case, interview witnesses, research legal issues, adequately prepare a defense and review resolution options with the Government. Therefore, Clay respectfully requests that the currently scheduled pre-trial conference, jury selection and trial be continued until the December term of court. On August 9, 2023, the undersigned defense counsel reviewed with the Defendant on the telephone his rights to a Speedy Trial under federal law, and discussed the same through email communications, and Defendant voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial. The undersigned has consulted with AUSA Amy Bower who consents to this motion for a continuance. The Court has granted prior continuances as reflected in the docket sheet.

Based on the foregoing, the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to Title 18, United States

code, Section 3161(h)(7)(A) and (B). Defendant respectfully requests that this Motion be granted.

**SO MOVED.**

August 9, 2023

Charleston, S.C.

Respectfully submitted,

/s Joseph P. Griffith, Jr.

Joseph P. Griffith, Jr., Esquire (Fed.I.D. # 2473)
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464
(843) 225-5563 (tel)
(843) 722-6254 (fax)
joegriffithjr@hotmail.com
www.joegriffith.com

Attorney for Defendant Jason Clay