IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

    **vs.**                                        CASE NO.: 4:22-CR-00580-(JD)

**ANDREW SAWYER**

    **Defendant.**
_____/

## DEFENDANT SAWYER'S MOTION FOR CONTINUANCE UNTIL
## THE JANUARY 2024 TERM OF COURT

Defendant Sawyer, by and through undersigned counsel, files this Motion for a Continuance of the pretrial conference and jury selection dates set for September 6, 2023 and September 18, 2023, a term of court. Defense counsel has consulted with the Government, and the Government consents to this Motion. The parties ask that the case be set in the January 2024 term of court.

In support of his Motion, the Defendant states that the discovery the Government has produced and will continue to produce is voluminous. Defense counsel has diligently begun to review the evidence. However, the volume of the discovery makes it very unlikely that defense counsel will be able to comprehensively review it with the Defendant prior to the dates this Court has set for the pretrial conference and jury selection. Furthermore, a continuance will allow the parties to continue, and likely finalize, plea negotiations.

Defense counsel reviewed with the Defendant his rights to a Speedy Trial under federal law, and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.

Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). More time will allow defense counsel to fully review the Government's evidence with the Defendant, it would provide both parties with a much-needed opportunity to resolve this case prior to trial, and it would allow both parties to more comprehensively raise issues before this Court for resolution prior to trial should a trial become necessary.

For the foregoing reasons, the Defendant seeks a continuance of both the pretrial conference and jury selection dates until the January 2024 term of court.

Respectfully submitted,

s/ Christopher W. Adams
Christopher W. Adams
SC Fed Bar No. 10595
ADAMS BISCHOFF LLC
171 Church Street
Suite 360
Charleston, SC 29401
843-277-0090
chris@adamsbischoff.com

*Attorney for Andrew Sawyer*

I hereby consent to the continuance
and waiver of speedy trial:

Andrew Sawyer

Date: August 18, 2023

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of this document has been served on the above referenced date upon all parties through the Court's electronic filing system.

s/ Christopher W. Adams
Christopher W. Adams
