# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:22-cr-00580-JD |
| Bhagavan Mahamayavi Antle | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/06/2023

*Defendant's signature*

*Signature of defendant's attorney*

ANDREW B. MOORMAN, SR
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Molly H. Cherry, U.S. Magistrate Judge
*Judge's printed name and title*