# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. :4:22-cr-00580-JD-1

Bhagavan Mahamayavi Antle
also known as
Kevin Antle
also known as
Doc Antle
also known as
Mahamayavi Antle

## PLEA

The Defendant acknowledges receipt of a copy of the INFORMATION and after arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Charleston, South Carolina
November 6, 2023