IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

VS          CR NO.: 4:22-cr-580-JD-1

**BHAGAVAN MAHAMAYAVI ANTLE**

# PLEA

The defendant, **Bhagavan Mahamayavi Antle**, having withdrawn his plea of Not Guilty entered on July 13, 2022, pleads **GUILTY** to Counts 1 + 2 of the [Indictment/(Information)/Superseding] after arraignment in open court.

_____
(Signed) Defendant

November 6, 2023
Charleston, South Carolina