IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR NO.  4:22-CR-580-JD |
| v. | |
| **ANDREW SAWYER,** | **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION** |
| *Defendant*. | |

The United States of America hereby respectfully responds in opposition to Defendant

Sawyer's Motion for Early Termination of Probation based on the following:

On June 29, 2022, Defendant Andrew Jon Sawyer a/k/a Omar Sawyer (hereinafter

"Defendant" and/or "Sawyer") was charged in four counts of a ten-count, multi-defendant

Indictment. At the time of the offenses, Sawyer had no criminal history but was knowingly

evading a civil order out of the Eastern District of Missouri related to his ongoing possession of

the chimpanzee "Joey." *See Missouri Primate Foundation et al., v People for the Ethical

Treatment of Animals, et.  al[1],* No.  4:16-cv-02163, ECF No. 203. On January 4, 2024, Defendant

Sawyer pled guilty to a one-count Information against him pursuant to a written plea agreement.

*See* ECF no. 252. The United States Probation Office (USPO) found that Sawyer's total offense

level was 15, with a corresponding guideline imprisonment range of 18-24 months. On June 10,

2025, this Court sentenced Sawyer to 24 months of probation, which included 240 days of home

confinement.

---

[1] In 2019, a federal district court in the Eastern District of Missouri ordered Sawyer to transfer the chimpanzee "Joey" to a sanctuary but Sawyer did not comply. In fact, Sawyer actively took steps to conceal his identity and evade the court order, and eventual contempt judgement, by moving to Myrtle Beach Safari. While at Myrtle Beach Safari, Sawyer began using the alias "Omar" in an effort to hide from the civil judgement.

1

The government believes that Defendant Sawyer should serve the entirety of his sentence on probation, as determined by this Court. The government understands that Sawyer has been compliant with all terms of his current probation, but compliance is what is expected of a defendant sentenced to a non-custodial sentence. Defendant Sawyer's prior evasion of a federal court order and participation in a criminal money laundering scheme indicate that ongoing supervision of his actions is prudent. Defendant Sawyer has not shown that probationary supervision has caused undue hardship to an extent that outweighs the public interest in that ongoing supervision.

WHEREFORE, for the reasons outlined above and for other good cause, the government respectfully requests that the Court deny Defendant Sawyer's request for an early release from probation.

RESPECTFULLY SUBMITTED,

Adam R.F. Gustafson
PRINCIPAL DEP. ASST. ATT'Y GEN.
ENVIRONMENT AND NATURAL RESOURCES
DIVISION

BY:    /s/ Patrick Duggan
       Patrick M. Duggan
       Senior Trial Attorney
       Environmental Crimes Section
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001
       Patrick.duggan@usdoj.gov

Date: July 7, 2026

2

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of this document has been served on the above-referenced date upon all parties through the Clerk's electronic filing system.

/s/ Patrick Duggan
Patrick M. Duggan
Senior Trial Attorney
Environmental Crimes Section
U.S. Department of Justice