IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Bhagavan Mahamayavi Antle, | ) | |
| Petitioner, | ) | |
| | ) | CR: 4:22-cr-00580-JD-1 |
| VS | ) | CV: 4:26-cv-03009-JD |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |

This matter is before the Court on a motion pursuant to 28 U.S.C. §2255.

IT IS ORDERED that the United States Attorney file an answer or other pleading within thirty (30) days of the filing date of this order.

IT IS SO ORDERED.

Florence, S.C.

July 23, 2026

Joseph Dawson, III
United States District Judge